UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA (ERIE DIVISION)

| | |
|---|---|
| In re: | : Case No. 18-11240 TPA |
| Richard J. Yost | : Chapter 7 |
| Denise J. Yost | : |
| Debtors | : |
| | |
| Richard J. Yost and Denise J. Yost, | : |
| Movants | : |
| vs. | : Document No. |
| Joseph B. Spero, Esquire, | : |
| Respondent | : |

### NOTICE OF HEARING WITH RESPONSE DEADLINE ON MOTION TO CONVERT CASE TO CHAPTER 13

TO THE RESPONDENTS:

You are hereby notified that the above Movants seeks an Order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant's any response to the motion no later than December 28, 2018, i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

You should take this to your lawyer at once.

A hearing will be held January 17, 2019 at 11:00 am before Judge Thomas P. Agresti, in the Erie Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501. Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date: <u>December 11, 2018</u>

    <u>/s/ Rebeka A. Seelinger</u>
Rebeka A. Seelinger, Esquire
Seelinger Law Corp.
Attorney for Debtor
PA ID #93897
4640 Wolf Road
Erie, PA 16505
(814) 824-6670
rebeka@seelingerlaw.com