UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA (ERIE DIVISION)

| | |
|---|---|
| In re: | : Case No. 18-11240 TPA |
| Richard J. Yost | : Chapter 7 |
| Denise J. Yost | : |
| Debtors | : |
| | |
| Richard J. Yost and Denise J. Yost, | : |
| Movants | : |
| vs. | : Document No. |
| Joseph B. Spero, Esquire, | : |
| Respondent | : |

## CERTIFICATE OF SERVICE

I, Rebeka A. Seelinger Esquire, certify under penalty of perjury that I served, or caused to be served, a true and correct copy of the debtors' Motion To Convert Case To Chapter 13, together with Notice of Hearing and Response Deadline, on the parties listed below on December 11, 2018, by regular First Class United States Mail or other method as described below.

| | |
|---|---|
| Office of the United States Trustee | Joseph B. Spero, Esquire |
| Liberty Center | 32513 West 26th Street |
| 1001 Liberty Avenue, Suite 970 | Erie PA 16506 |
| Pittsburgh PA 15222 | (Via CM/ECF) |
| (Via CM/ECF) | |

Via Regular First Class U.S. Mail:

AmeriCredit/GM Financial
Attn: Bankruptcy
Po Box 183853

Arlington, TX 76096

Carrington Mortgage Services
Attn: Bankruptcy
Po Box 3730
Anaheim, CA 92806

Citi/Sears
Citibank/Centralized Bankruptcy
Po Box 790034
St Louis, MO 63179

Community Bank Na
Attn: Bankruptcy Dept
45 - 49 Court Street
Canton, NY 13617

Credit Management Co
2121 Noblestown Rd
Pittsburgh, PA 15205

FedLoan Servicing
Attn: Bankruptcy
Po Box 69184
Harrisburg, PA 17106

KML Law Group PC
BNY Independence Center
Suite 500
701 Market Street
Philadelphia, PA 19106

MedCare Equipment Company, LLC
PO BOX 1259
Dept # 140418
Oaks, PA 19456

North American Partners in Anesthesia
2600 University Parkway
Coralville, IA 52241

Ocwen Loan Servicing
Attn: Research/Bankruptcy
1661 Worthington Rd   Ste 100
West Palm Beach, FL 33409

Synchrony Bank/ JC Penneys
Attn:  Bankruptcy Dept
Po Box 965060
Orlando, FL 32896

Synchrony Bank/ Old Navy
Attn:  Bankruptcy Dept
Po Box 965060
Orlando, FL 32896

Synchrony Bank/Care Credit
Attn:  Bankruptcy Dept
Po Box 965061
Orlando, FL 32896

Union City Municipal Authority
22 North Main Street
Union City, PA 16438

UPMC Health Services
2 Hot Metal St
Dist. Room 386
Pittsburgh, PA 15203

Date: December 11, 2018           /s/ Rebeka A. Seelinger_____
                                  Rebeka A. Seelinger, Esquire
                                  Pa. I.D. #93897
                                  4640 Wolf Rd
                                  Erie, PA 16505
                                  (814)-824-6670
                                   E-Mail: rebeka@seelingerlaw.com
                                   Counsel for Debtors