FILED
12/17/18 10:14 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA (ERIE)

| | | |
|---|---|---|
| In Re: | : | Case No. 18-11240-TPA |
| | : | Chapter 13 |
| Richard and Denise Yost | : | |
| Debtors | : | Document No. 12 |
| | : | |
| Richard and Denise Yost | : | |
| | : | |
| Movants | : | |
| | : | |
| vs. | : | |
| | : | |
| No Respondents | : | |

**ORDER OF COURT**

NOW, this 17th day of December, 2018, it is hereby

ORDERED, that the debtors, Richard and Denise Yost, are hereby granted an extension until December 28, 2018 to file a completed petition.
No further extensions will be granted.

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE

ljm

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                      Case No. 18-11240-TPA
Richard J. Yost                                                             Chapter 7
Denise J. Yost
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: bsil              Page 1 of 1              Date Rcvd: Dec 17, 2018
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 19, 2018.
db/jdb         +Richard J. Yost,    Denise J. Yost,    7252 Homeview Lane, Apt 109,    Erie, PA 16509-4327

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 17, 2018 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor    Carrington Mortgage Services LLC as servicer for Wells
               Fargo Bank N.A., as Trustee, for Carrington Mortgage Loan Trust, Series 2006-NC3 Asset-Backed
               Pass-Through Certificates bkgroup@kmllawgroup.com
              Joseph B. Spero    sperolaw@neohio.twcbc.com,    jspero@ecf.epiqsystems.com;legalmom18@hotmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Rebeka   Seelinger    on behalf of Debtor Richard J. Yost rebeka@seelingerlaw.com
              Rebeka   Seelinger    on behalf of Joint Debtor Denise J. Yost rebeka@seelingerlaw.com
                                                                                             TOTAL: 5