

18-11240



Page 3 of 6
Account No. 587590 (92-7354)
Statement Date 10/02/18

9-28 — 10-4

| Transactions for 10/05/18 Department 7354-000 | Units | Rate | Earnings | Gross / Net | Withholdings | | | | Adjustments | |
|---|---|---|---|---|---|---|---|---|---|---|
| 4449384 YOST, RICHARD J | C | | 1,052.52 | GROSS 1,052.52 | FIC | 60.90 | PA STA | 30.15 | ACH | 1,046.46 |
| | | | | NET 0.00 | MDC | 14.25 | PA SUI | 0.63 | ADV | 23.53 |
| | | | | | FED | 84.00 | | | HCA | 70.30 |
| | | | | | | | | | LEI | 9.82 |
| | | | | | | | | | PER | (295.00) |
| | | | | | | | | | UNF | 7.48 |



10-5    10-11

Page 3 of 5
Account No. 587590 (92-7354)
Statement Date 10/09/18

| Transactions for 10/12/18 Department 7354-000 | Units | Rate | Earnings | Gross / Net | Withholdings | | | | Adjustments | |
|---|---|---|---|---|---|---|---|---|---|---|
| 4449384 YOST, RICHARD J | C | | 1,049.03 | GROSS 1,049.03 | FIC | 60.68 | PA STA | 30.05 | ACH | 968.91 |
| | | | | NET 0.00 | MDC | 14.19 | PA SUI | 0.63 | ADV | 40.00 |
| | | | | | FED | 83.00 | | | HCA | 70.30 |
| | | | | | | | | | LEI | 9.79 |
| | | | | | | | | | PER | (236.00) |
| | | | | | | | | | UNF | 7.48 |



10-12    10-18

Page 3 of 5
Account No. 587590 (92-7354)
Statement Date 10/16/18

| Transactions for 10/19/18 Department 7354-000 | Units | Rate | Earnings | Gross / Net | Withholdings | | | | Adjustments | |
|---|---|---|---|---|---|---|---|---|---|---|
| 4449384 YOST, RICHARD J | C | | 933.84 | GROSS 933.84 | FIC | 53.54 | PA STA | 26.51 | ACH | 949.29 |
| | | | | NET 0.00 | MDC | 12.52 | PA SUI | 0.56 | HCA | 70.30 |
| | | | | | FED | 70.00 | | | LEI | 8.64 |
| | | | | | | | | | LON | 30.00 |
| | | | | | | | | | PER | (295.00) |
| | | | | | | | | | UNF | 7.48 |



Page 3 of 5
Account No. 587590 (92-7354)
Statement Date 10/23/18

10-19    10-25

Transactions for 10/26/18
Department 7354-000

| | Units | Rate | Earnings | Gross / Net | | Withholdings | | | Adjustments | |
|---|---|---|---|---|---|---|---|---|---|---|
| 4449384 YOST, RICHARD J | C | | 686.01 | GROSS | 686.01 | FIC | 38.18 | PA STA | 18.90 | ACH | 701.65 |
| | | | | NET | 0.00 | MDC | 8.93 | PA SUI | 0.41 | HCA | 70.30 |
| | | | | | | FED | 40.00 | | | LEI | 6.16 |
| | | | | | | | | | | LON | 30.00 |
| | | | | | | | | | | PER | (236.00) |
| | | | | | | | | | | UNF | 7.48 |
| | R | | | | | | | | | | |



Page 3 of 5
Account No. 587590 (92-7354)
Statement Date 10/30/18

10-26-11-1

Transactions for 11/02/18
Department 7354-000

| | Units | Rate | Earnings | Gross / Net | | Withholdings | | | Adjustments | |
|---|---|---|---|---|---|---|---|---|---|---|
| 4449384 YOST, RICHARD J | C | | 518.42 | GROSS | 738.42 | FIC | 41.42 | PA STA | 20.51 | ACH | 623.90 |
| | V | 2.00 110.00 | 220.00 | NET | 0.00 | MDC | 9.68 | PA SUI | 0.45 | HCA | 70.30 |
| | | | | | | FED | 46.00 | | | LEI | 6.68 |
| | | | | | | | | | | LON | 30.00 |
| | | | | | | | | | | PER | (118.00) |
| | | | | | | | | | | UNF | 7.48 |
| | R | | | | | | | | | ACW | |



Page 3 of 6
Account No. 587590 (92-7354)
Statement Date 11/06/18

11-2    12-8

| Transactions for 11/09/18 Department 7354-000 | Units | Rate | Earnings | Gross / Net | | Withholdings | | | | Adjustments | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4449384 YOST, RICHARD J | C | | 1,145.79 | GROSS | 1,145.79 | FIC | 66.68 | PA STA | 33.02 | ACH | 993.28 |
| | | | | NET | 0.00 | MDC | 15.60 | PA SUI | 0.68 | HCA | 70.30 |
| | | | | | | FED | 95.00 | | | LEI | 10.75 |
| | | | | | | | | | | LON | 30.00 |
| | | | | | | | | | | PER | (177.00) |
| | | | | | | | | | | UNF | 7.48 |



Page 3 of 6
Account No. 587590 (92-7354)
Statement Date 11/13/18

11-9    11-15

| Transactions for 11/16/18 Department 7354-000 | Units | Rate | Earnings | Gross / Net | | Withholdings | | | | Adjustments | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4449384 YOST, RICHARD J | C | | 1,036.08 | GROSS | 1,036.08 | FIC | 59.88 | PA STA | 29.65 | ACH | 1,027.49 |
| | | | | NET | 0.00 | MDC | 14.00 | PA SUI | 0.62 | HCA | 70.30 |
| | | | | | | FED | 82.00 | | | LEI | 9.66 |
| | | | | | | | | | | LON | 30.00 |
| | | | | | | | | | | PER | (295.00) |
| | | | | | | | | | | UNF | 7.48 |



**Page 3 of 5**
Account No. 587590 (92-7354)
Statement Date 11/20/18

11-16    11-22

| Transactions for 11/23/18 Department 7354-000 | Units | Rate | Earnings | Gross / Net | | Withholdings | | | | Adjustments | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4449384 YOST, RICHARD J | C | | 1,074.80 | GROSS | 1,074.80 | FIC | 62.28 | PA STA | 30.84 | ACH | 1,056.63 |
| | | | | NET | 0.00 | MDC | 14.57 | PA SUI | 0.65 | HCA | 70.30 |
| | | | | | | FED | 87.00 | | | LEI | 10.05 |
| | | | | | | | | | | LON | 30.00 |
| | | | | | | | | | | PER | (295.00) |
| | | | | | | | | | | UNF | 7.48 |



**Page 3 of 5**
Account No. 587590 (92-7354)
Statement Date 11/27/18

11-23    11-29

| Transactions for 11/30/18 Department 7354-000 | Units | Rate | Earnings | Gross / Net | | Withholdings | | | | Adjustments | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4449384 YOST, RICHARD J | C | | 777.74 | GROSS | 997.74 | FIC | 57.50 | PA STA | 28.47 | ACH | 880.67 |
| | H | 1.00  110.00 | 110.00 | NET | 0.00 | MDC | 13.45 | PA SUI | 0.60 | HCA | 70.30 |
| | V | 1.00  110.00 | 110.00 | | | FED | 77.00 | | | LEI | 9.27 |
| | | | | | | | | | | LON | 30.00 |
| | | | | | | | | | | PER | (177.00) |
| | | | | | | | | | | UNF | 7.48 |

| 10/9/2018 09:34 | | | | BONTRAL, INC. Payroll Journal For 4/18 To 9/18 | | | | Company: PAY Page: 3 | |
|---|---|---|---|---|---|---|---|---|---|
| Ref. # Date | Empl I.D. Dept # | Employee Name | Soc-Sec-No. | **EARNINGS** Description | | | Amount | **DEDUCTIONS** Description | Amount |
| 1901 8/23/18 | 12 | DENISE J. YOST | | Regular Py | | | 774.04 | FICA W/H | 47.99 |
| | | | | | | | | Medi W/H | 11.22 |
| | | | | Total H/P | 74.00 | 0.00 | 774.04 | Fed W/H | 68.48 |
| | | | | | | | | State W/H | 23.76 |
| | | | | | | | | L.W/H:UNI | 7.74 |
| | | | | | | | | PA UC | 0.46 |
| | | | | TOTAL EARNINGS: | | | 774.04 | | |
| | | | | TOTAL DEDUCTIONS: | | | 159.65 <<< | | 159.65 |
| | | | | NET PAY: | | | 614.39 ** | | |
| 1910 9/06/18 | 12 | DENISE J. YOST | | Regular Py | | | 313.80 | FICA W/H | 19.46 |
| | | | | | | | | Medi W/H | 4.55 |
| | | | | Total H/P | 30.00 | 0.00 | 313.80 | Fed W/H | 17.15 |
| | | | | | | | | State W/H | 9.63 |
| | | | | | | | | L.W/H:UNI | 3.14 |
| | | | | | | | | PA UC | 0.19 |
| | | | | TOTAL EARNINGS: | | | 313.80 | | |
| | | | | TOTAL DEDUCTIONS: | | | 54.12 <<< | | 54.12 |
| | | | | NET PAY: | | | 259.68 ** | | |
| 1919 9/20/18 | 12 | DENISE J. YOST | | Regular Py | | | 638.06 | FICA W/H | 39.56 |
| | | | | | | | | Medi W/H | 9.25 |
| | | | | Total H/P | 61.00 | 0.00 | 638.06 | Fed W/H | 52.16 |
| | | | | | | | | State W/H | 19.59 |
| | | | | | | | | L.W/H:UNI | 6.38 |
| | | | | | | | | PA UC | 0.38 |
| | | | | TOTAL EARNINGS: | | | 638.06 | | |
| | | | | TOTAL DEDUCTIONS: | | | 127.32 <<< | | 127.32 |
| | | | | NET PAY: | | | 510.74 ** | | |
| **** GRAND TOTALS **** | | | | Regular Py | | | 9,162.96 | FICA W/H | 568.10 |
| | | | | | | | | Medi W/H | 132.84 |
| | | | | Total H/P | 876.00 | 0.00 | 9,162.96 | Fed W/H | 786.19 |
| | | | | | | | | State W/H | 281.27 |
| | | | | | | | | L.W/H:UNI | 101.13 |
| | | | | | | | | PA UC | 5.47 |
| | | | | TOTAL EARNINGS: | | | 9,162.96 | | |
| | | | | TOTAL DEDUCTIONS: | | | 1,875.00 <<< | | 1,875.00 |
| | | | | NET PAY: | | | 7,287.96 ** | | |

| 12/3/2018 | | | | BONTRAL, INC. | | | | Company: PAY |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 09:10 | | | | Payroll Journal | | | | Page:  1 |
| | | | | For 10/18 To 11/18 | | | | |

| Ref. # | Empl I.D. | Employee Name | | | EARNINGS | | DEDUCTIONS | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Date | Dept # | Soc-Sec-No. | Description | | Amount | Description | Amount |
| 1927 | 12 | DENISE J. YOST | | Regular Py | | 774.04 | FICA W/H | 47.99 |
| | 10/04/18 | | 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 | | | | Medi W/H | 11.22 |
| | | | | Total H/P | 74.00   0.00 | 774.04 | Fed W/H | 68.48 |
| | | | | | | | State W/H | 23.76 |
| | | | | | | | L.W/H:UNI | 7.74 |
| | | | | | | | PA UC | 0.46 |
| | | | | TOTAL EARNINGS: | | 774.04 | | |
| | | | | TOTAL DEDUCTIONS: | | 159.65  <<< | | 159.65 |
| | | | | NET PAY: | | 614.39 ** | | |
| 1935 | 12 | DENISE J. YOST | | Regular Py | | 774.04 | FICA W/H | 47.99 |
| | 10/18/18 | | 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 | | | | Medi W/H | 11.22 |
| | | | | Total H/P | 74.00   0.00 | 774.04 | Fed W/H | 68.48 |
| | | | | | | | State W/H | 23.76 |
| | | | | | | | L.W/H:UNI | 7.74 |
| | | | | | | | PA UC | 0.46 |
| | | | | TOTAL EARNINGS: | | 774.04 | | |
| | | | | TOTAL DEDUCTIONS: | | 159.65  <<< | | 159.65 |
| | | | | NET PAY: | | 614.39 ** | | |
| 1944 | 12 | DENISE J. YOST | | Regular Py | | 543.92 | FICA W/H | 33.72 |
| | 11/01/18 | | 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 | | | | Medi W/H | 7.89 |
| | | | | Total H/P | 52.00   0.00 | 543.92 | Fed W/H | 40.87 |
| | | | | | | | State W/H | 16.70 |
| | | | | | | | L.W/H:UNI | 5.44 |
| | | | | | | | PA UC | 0.33 |
| | | | | TOTAL EARNINGS: | | 543.92 | | |
| | | | | TOTAL DEDUCTIONS: | | 104.95  <<< | | 104.95 |
| | | | | NET PAY: | | 438.97 ** | | |
| 1953 | 12 | DENISE J. YOST | | Regular Py | | 774.04 | FICA W/H | 47.99 |
| | 11/15/18 | | 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 | | | | Medi W/H | 11.22 |
| | | | | Total H/P | 74.00   0.00 | 774.04 | Fed W/H | 68.48 |
| | | | | | | | State W/H | 23.76 |
| | | | | | | | L.W/H:UNI | 7.74 |
| | | | | | | | PA UC | 0.46 |
| | | | | TOTAL EARNINGS: | | 774.04 | | |
| | | | | TOTAL DEDUCTIONS: | | 159.65  <<< | | 159.65 |
| | | | | NET PAY: | | 614.39 ** | | |
| 1961 | 12 | DENISE J. YOST | | Regular Py | | 679.90 | FICA W/H | 42.15 |
| | 11/29/18 | | 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 | | | | Medi W/H | 9.86 |
| | | | | Total H/P | 65.00   0.00 | 679.90 | Fed W/H | 57.18 |
| | | | | | | | State W/H | 20.87 |
| | | | | | | | L.W/H:UNI | 6.80 |
| | | | | | | | PA UC | 0.41 |
| | | | | TOTAL EARNINGS: | | 679.90 | | |
| | | | | TOTAL DEDUCTIONS: | | 137.27  <<< | | 137.27 |
| | | | | NET PAY: | | 542.63 ** | | |
| **** GRAND TOTALS **** | | | | Regular Py | | 3,545.94 | FICA W/H | 219.84 |
| | | | | | | | Medi W/H | 51.41 |
| | | | | Total H/P | 339.00   0.00 | 3,545.94 | Fed W/H | 303.49 |
| | | | | | | | State W/H | 108.85 |

| 12/3/2018 | BONTRAL, INC. | Company: PAY |
| 09:10 | Payroll Journal | Page: 2 |
| | For 10/18 To 11/18 | |

| Ref.# | Empl I.D. | Employee Name | | EARNINGS | | DEDUCTIONS | |
| Date | | Dept # | Soc-Sec-No. | Description | Amount | Description | Amount |
|---|---|---|---|---|---|---|---|
| **** GRAND TOTALS, Continued **** | | | | | | L.W/H:UNI | 35.46 |
| | | | | | | PA UC | 2.12 |
| | | | | TOTAL EARNINGS: | 3,545.94 | | |
| | | | | TOTAL DEDUCTIONS: | 721.17 <<< | | 721.17 |
| | | | | NET PAY: | 2,824.77 ** | | |