**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
3/15/19 8:39 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE: Denise J. Yost<br>Richard J. Yost aka Rick J. Yost<br>　　　　　　　Debtors | |
| | BK. NO. 18-11240 TPA |
| Wells Fargo Bank N.A., as Trustee, for Carrington Mortgage Loan Trust, Series 2006-NC3 Asset-Backed Pass-Through Certificates<br>　　　　　　　Movant<br>　　v.<br>Denise J. Yost<br>Richard J. Yost aka Rick J. Yost<br>　　　　　　　Respondent<br>　　and<br>Ronda J. Winnecour, Trustee<br>　　　　　　　Additional Respondent | CHAPTER 13<br><br>Rel to Doc No. 37 |

**ORDER MODIFYING SECTION 362 AUTOMATIC STAY**

　　AND NOW, this 15th day of March, 2019, upon Motion of Wells Fargo Bank N.A., as Trustee, for Carrington Mortgage Loan Trust, Series 2006-NC3 Asset-Backed Pass-Through Certificates, it is

　　**ORDERED THAT:** The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 136 East High Street, Union City, PA 16438 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____
United States Bankruptcy Judge

gjm

Denise J. Yost
7252 Homeview Lane, Apt 109
Erie, PA 16509

Richard J. Yost aka Rick J. Yost
7252 Homeview Lane, Apt 109
Erie, PA 16509

Rebeka Seelinger Esq.
4640 Wolf Road
Erie, PA 16505
rebeka@seelingerlaw.com

Ronda J. Winnecour
Suite 3250, USX Tower (VIA ECF)
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Richard J. Yost  
Denise J. Yost  
     Debtors

Case No. 18-11240-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: culy      Page 1 of 1      Date Rcvd: Mar 15, 2019  
                     Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2019.  
db/jdb        +Richard J. Yost,  Denise J. Yost,  7252 Homeview Lane, Apt 109,  Erie, PA 16509-4371

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                     TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2019                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 15, 2019 at the address(es) listed below:

         James   Warmbrodt    on behalf of Creditor    Wells Fargo Bank N.A., as Trustee, for Carrington Mortgage Loan Trust, Series 2006-NC3 Asset-Backed Pass-Through Certificates bkgroup@kmllawgroup.com  
         James   Warmbrodt    on behalf of Creditor    Carrington Mortgage Services LLC as servicer for Wells Fargo Bank N.A., as Trustee, for Carrington Mortgage Loan Trust, Series 2006-NC3 Asset-Backed Pass-Through Certificates bkgroup@kmllawgroup.com  
         Joseph B. Spero    on behalf of Trustee Joseph B. Spero sperolaw@neohio.twcbc.com, jspero@ecf.epiqsystems.com;legalmom18@hotmail.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Rebeka   Seelinger    on behalf of Debtor Richard J. Yost rebeka@seelingerlaw.com  
         Rebeka   Seelinger    on behalf of Joint Debtor Denise J. Yost rebeka@seelingerlaw.com  
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                                                                      TOTAL: 7