IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 18-11240 TPA |
| | : Chapter 13 |
| Richard J. Yost and Denise J. Yost | : |
| Debtors | : |
| | : |
| | : |
| | : |
| Richard J. Yost | : |
| Movant | :    Chapter 13 |
| | : |
| v. | : |
| | :    Document No._____ |
| Barnhart Trucking, LLC | : |
| Respondent | : |
| | : |

**CERTIFICATE OF SERVICE**

  I, Rebeka A. Seelinger, Esquire, certify under penalty of perjury that on August 15, 2019 I served, or caused to be served, a copy of Local Form 11 Order to Pay Trustee Pursuant to Wage Attachment and Local Form 12 Notification of Debtor's Social Security Number, electronically or by regular United States mail to all interested parties.

**Office of the United States Trustee**
1001 Liberty Avenue Suite 970
Liberty Center
Pittsburgh PA 15222
ustpregion03.pi.ecf@usdoj.gov
(Via CM ECF)

**Ronda J. Winnecour, Trustee**
US Steel Tower Suite 3250
600 Grant Street
Pittsburgh PA 15219
cmecf@chapter13trusteewdpa.com
(Via CM ECF)

**Barnhart Trucking, LLC**
9231 W Main St
North East, PA 16428
(Via US Mail)

EXECUTED ON: August 15, 2019

        By: /s/ Rebeka A. Seelinger
        Rebeka A. Seelinger, Esquire
        SEELINGER LAW
        Attorney for Debtor
        PA ID #93897
        4640 Wolf Road
        Erie, PA 16505
        (814) 824-6670
        rebeka@seelingerlaw.com