IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 18-11240 TPA |
| | : | Chapter 13 |
| Richard J. Yost and Denise J. Yost | : | |
| Debtors | : | |
| | : | |
| | : | |
| | : | |
| Richard J. Yost | : | |
| Movant | : | Chapter 13 |
| | : | |
| v. | : | |
| | : | Document No._____ |
| Barnhart Transportation, LLC | : | |
| Respondent | : | |
| | : | |

**CERTIFICATE OF SERVICE**

    I, Rebeka A. Seelinger, Esquire, certify under penalty of perjury that on January 31, 2020, I served, or caused to be served, a copy of the Wage Termination Order and Local Form 12 Notification of Debtor's Social Security Number, electronically or by regular United States mail to all interested parties.

**Office of the United States Trustee**
1001 Liberty Avenue Suite 970
Liberty Center
Pittsburgh PA 15222
ustpregion03.pi.ecf@usdoj.gov
(Via CM ECF)

**Ronda J. Winnecour, Trustee**
US Steel Tower Suite 3250
600 Grant Street
Pittsburgh PA 15219
cmecf@chapter13trusteewdpa.com
(Via CM ECF)

Barnhart Transportation, LLC
9251 W Main Road
North East, PA 16428
(Via US Mail)

EXECUTED ON: January 31, 2020

    By: /s/ Rebeka A. Seelinger
Rebeka A. Seelinger, Esquire
SEELINGER LAW
Attorney for Debtor
PA ID #93897
4640 Wolf Road
Erie, PA 16505
(814) 824-6670
rebeka@seelingerlaw.com