IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 18-11240 TPA |
| | : | Chapter 13 |
| Richard J. Yost and Denise J. Yost | : | |
| Debtors | : | |
| | : | |
| | : | |
| | : | |
| Richard J. Yost | : | |
| Movant | : | Chapter 13 |
| | : | |
| v. | : | |
| | : | Document No._____ |
| KC Transportation, Inc. | : | |
| Respondent | : | |

## CERTIFICATE OF SERVICE

    I, Rebeka A. Seelinger, Esquire, certify under penalty of perjury that on January 31, 2020, I served, or caused to be served, a copy of Local Form 11 Order to Pay Trustee Pursuant to Wage Attachment and Local Form 12 Notification of Debtor's Social Security Number, electronically or by regular United States mail to all interested parties.

**Office of the United States Trustee**
1001 Liberty Avenue Suite 970
Liberty Center
Pittsburgh PA 15222
ustpregion03.pi.ecf@usdoj.gov
(Via CM ECF)

**Ronda J. Winnecour, Trustee**
US Steel Tower Suite 3250
600 Grant Street
Pittsburgh PA 15219
cmecf@chapter13trusteewdpa.com
(Via CM ECF)

**KC Transportation, Inc.**
3180 Route 6
Waterford PA 16441
(Via US Mail)

EXECUTED ON: January 31, 2020

    By: /s/ Rebeka A. Seelinger
    Rebeka A. Seelinger, Esquire
    SEELINGER LAW
    Attorney for Debtor
    PA ID #93897
    4640 Wolf Road
    Erie, PA 16505
    (814) 824-6670
    rebeka@seelingerlaw.com