FILED
1/31/20 9:06 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 18-11240 TPA |
| | : Chapter 13 |
| Richard J. Yost and Denise J. Yost | |
| Debtors | : Related to Document No. 58 |
| | : |
| | : |
| | : |
| Richard J. Yost | : |
| Movant | : |
| | : |
| v. | : |
| | : |
| Barnhart Transportation, LLC | : |
| Respondent | : |

## ORDER TERMINATING WAGE ATTACHMENT

*NOW*, this ***31st*** day of ***January, 2020***, upon the motion of debtor, Richard J. Yost for an order terminating the wage attachment against Barnhart Transportation, LLC, it is

ORDERED, that the motion is granted. Barnhart Transportation, LLC shall make no further deductions from the wages of Richard J. Yost for payments to Ronda J. Winnecour, Chapter 13 Trustee.

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Richard J. Yost
Denise J. Yost
     Debtors

Case No. 18-11240-TPA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: dpas      Page 1 of 1      Date Rcvd: Jan 31, 2020
                 Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 02, 2020.
db/jdb         +Richard J. Yost,   Denise J. Yost,   7252 Homeview Lane, Apt 109,   Erie, PA 16509-4371

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2020                                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 31, 2020 at the address(es) listed below:
         James   Warmbrodt    on behalf of Creditor    Wells Fargo Bank N.A., as Trustee, for Carrington
          Mortgage Loan Trust, Series 2006-NC3 Asset-Backed Pass-Through Certificates
          bkgroup@kmllawgroup.com
         James   Warmbrodt    on behalf of Creditor    Carrington Mortgage Services LLC as servicer for Wells
          Fargo Bank N.A., as Trustee, for Carrington Mortgage Loan Trust, Series 2006-NC3 Asset-Backed
          Pass-Through Certificates bkgroup@kmllawgroup.com
         Joseph B. Spero    on behalf of Trustee Joseph B. Spero sperolaw@neohio.twcbc.com,
          jspero@ecf.axosfs.com;legalmom18@hotmail.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Rebeka   Seelinger    on behalf of Debtor Richard J. Yost rebeka@seelingerlaw.com
         Rebeka   Seelinger    on behalf of Joint Debtor Denise J. Yost rebeka@seelingerlaw.com
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7