Form 213

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Richard J. Yost
aka Rick J. Yost
Denise J. Yost**
   Debtor(s)

Bankruptcy Case No.: 18–11240–TPA
Related to Docket No. 65
Chapter: 13
Docket No.: 66 – 65
Concil. Conf.: 5/5/20 at 10:00 AM

## ORDER

    **WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

    **IT IS HEREBY ORDERED** that, on or before **March 30, 2020,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

    1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

    2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

    **IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

    On or before **April 20, 2020,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

    On **5/5/20** at **10:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501.

    If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

    This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: February 13, 2020

cm: All Creditors and Parties In Interest

Thomas P. Agresti, Judge
United States Bankruptcy Court

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689−4002

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 18-11240-TPA
Richard J. Yost                                                                 Chapter 13
Denise J. Yost
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: jmar                  Page 1 of 2            Date Rcvd: Feb 13, 2020
                              Form ID: 213                Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 15, 2020.
db/jdb         +Richard J. Yost,    Denise J. Yost,    7252 Homeview Lane, Apt 109,    Erie, PA 16509-4371
14958208       +Carrington Mortgage Services,    Attn: Bankruptcy,    Po Box 3730,    Anaheim, CA 92803-3730
15006844       +Carrington Mortgage Services, LLC,    1600 South Douglass Road,    Anaheim, CA 92806-5951
14958209       +Citi/Sears,    Citibank/Centralized Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
15008993       +Citibank, N.A.,    Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
14958210       +Community Bank Na,    Attn: Bankruptcy Dept,    45 - 49 Court Street,    Canton, NY 13617-1179
14978694       +Community Bank, N.A.,    PO Box 509,    Canton, NY 13617-0509
14958212       +FedLoan Servicing,    Attn: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
14958213       +KML Law Group PC,    BNY Independence Center,    Suite 500,    701 Market Street,
                 Philadelphia, PA 19106-1538
14958214       +MedCare Equipment Company, LLC,    PO BOX 1259,    Dept # 140418,    Oaks, PA 19456-1259
14958215       +North American Partners in Anesthesia,    2600 University Parkway,    Coralville, IA 52241-3204
15035468        U.S. Department of Education,    c/o FedLoan Servicing,    P.O. Box 69184,
                 Harrisburg, PA 17106-9184
14958221       +UPMC Health Services,    2 Hot Metal St,    Dist. Room 386,    Pittsburgh, PA 15203-2348
15004899        UPMC Physician Services,    PO Box 1123,    Minneapolis, MN 55440-1123
14958220       +Union City Municipal Authority,    22 North Main Street,    Union City, PA 16438-1324

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Feb 14 2020 03:14:05
                 Americredit Financial Services, Inc. Dba GM Financ,    P.O Box 183853,
                 Arlington, TX 76096-3853
14972523        E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Feb 14 2020 03:14:05
                 Americredit Financial Services, Inc.,    Dba GM Financial,    P.O Box 183853,
                 Arlington, TX 76096
14958207       +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Feb 14 2020 03:14:05
                 AmeriCredit/GM Financial,    Attn: Bankruptcy,    Po Box 183853,    Arlington, TX 76096-3853
14958211       +E-mail/Text: bdsupport@creditmanagementcompany.com Feb 14 2020 03:14:50
                 Credit Management Co,    2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
14958216       +Fax: 407-737-5634 Feb 14 2020 03:25:24     Ocwen Loan Servicing,    Attn: Research/Bankruptcy,
                 1661 Worthington Rd  Ste 100,    West Palm Beach, FL 33409-6493
15001142        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 14 2020 03:25:05
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14959397       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 14 2020 03:25:04
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15009225       +E-mail/PDF: gecsedi@recoverycorp.com Feb 14 2020 03:24:56     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
14958217       +E-mail/PDF: gecsedi@recoverycorp.com Feb 14 2020 03:25:52     Synchrony Bank/ JC Penneys,
                 Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
14958218       +E-mail/PDF: gecsedi@recoverycorp.com Feb 14 2020 03:25:52     Synchrony Bank/ Old Navy,
                 Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
14958219       +E-mail/PDF: gecsedi@recoverycorp.com Feb 14 2020 03:25:53     Synchrony Bank/Care Credit,
                 Attn: Bankruptcy Dept,    Po Box 965061,    Orlando, FL 32896-5061
                                                                                              TOTAL: 11

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Carrington Mortgage Services LLC as servicer for W
cr              Wells Fargo Bank N.A., as Trustee, for Carrington
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14958222*      +AmeriCredit/GM Financial,    Attn: Bankruptcy,    Po Box 183853,    Arlington, TX 76096-3853
14958223*      +Carrington Mortgage Services,    Attn: Bankruptcy,    Po Box 3730,    Anaheim, CA 92803-3730
14958224*      +Citi/Sears,    Citibank/Centralized Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
14958225*      +Community Bank Na,    Attn: Bankruptcy Dept,    45 - 49 Court Street,    Canton, NY 13617-1179
14958226*      +Credit Management Co,    2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
14958227*      +FedLoan Servicing,    Attn: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
14958228*      +KML Law Group PC,    BNY Independence Center,    Suite 500,    701 Market Street,
                 Philadelphia, PA 19106-1538
14958229*      +MedCare Equipment Company, LLC,    PO BOX 1259,    Dept # 140418,    Oaks, PA 19456-1259
14958230*      +North American Partners in Anesthesia,    2600 University Parkway,    Coralville, IA 52241-3204
14958231*      +Ocwen Loan Servicing,    Attn: Research/Bankruptcy,    1661 Worthington Rd  Ste 100,
                 West Palm Beach, FL 33409-6493
14958232*      +Synchrony Bank/ JC Penneys,    Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
14958233*      +Synchrony Bank/ Old Navy,    Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
14958234*      +Synchrony Bank/Care Credit,    Attn: Bankruptcy Dept,    Po Box 965061,    Orlando, FL 32896-5061
14958236*      +UPMC Health Services,    2 Hot Metal St,    Dist. Room 386,    Pittsburgh, PA 15203-2348
14958235*      +Union City Municipal Authority,    22 North Main Street,    Union City, PA 16438-1324
                                                                                   TOTALS: 2, * 16, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-1           User: jmar                    Page 2 of 2                   Date Rcvd: Feb 13, 2020
                               Form ID: 213                  Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2020                                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 13, 2020 at the address(es) listed below:
          James  Warmbrodt    on behalf of Creditor    Wells Fargo Bank N.A., as Trustee, for Carrington
           Mortgage Loan Trust, Series 2006-NC3 Asset-Backed Pass-Through Certificates
           bkgroup@kmllawgroup.com
          James  Warmbrodt    on behalf of Creditor    Carrington Mortgage Services LLC as servicer for Wells
           Fargo Bank N.A., as Trustee, for Carrington Mortgage Loan Trust, Series 2006-NC3 Asset-Backed
           Pass-Through Certificates bkgroup@kmllawgroup.com
          Joseph B. Spero    on behalf of Trustee Joseph B. Spero sperolaw@neohio.twcbc.com,
           jspero@ecf.axosfs.com;legalmom18@hotmail.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Rebeka  Seelinger    on behalf of Debtor Richard J. Yost rebeka@seelingerlaw.com
          Rebeka  Seelinger    on behalf of Joint Debtor Denise J. Yost rebeka@seelingerlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7
```