FILED
2/27/20 11:47 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>RICHARD J. YOST<br>aka RICK J. YOST<br>DENISE J. YOST<br><br>    Debtor(s)<br><br>Ronda J. Winnecour, Chapter 13 Trustee,<br>    Movant,<br>Vs.<br><br>RICHARD J YOST<br>aka RICK J. YOST<br>DENISE J. YOST<br>    Respondent(s) | Case No.:18-11240-TPA<br><br>Chapter 13<br><br><br>Related Document No.: 65 |

### TRUSTEE'S WITHDRAWAL OF CERTIFICATE OF DEFAULT
### REQUESTING DISMISSAL OF CASE

The Certificate of Default that was filed in the above-referenced case on February 11, 2020 (document no. 65) is hereby WITHDRAWN. The May 5, 2020 conciliation is hereby CANCELLED.

Respectfully submitted,

2-26-2020
Date

/s/ Ronda J. Winnecour
Ronda J. Winnecour (PA I.D. #30399)
Attorney and Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SO ORDERED
February 27, 2020

*[signature]*
ljm

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Richard J. Yost
Denise J. Yost
    Debtors

Case No. 18-11240-TPA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: agro     Page 1 of 1     Date Rcvd: Feb 27, 2020
                    Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 29, 2020.
db/jdb         +Richard J. Yost,   Denise J. Yost,   7252 Homeview Lane, Apt 109,   Erie, PA 16509-4371

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                           TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 29, 2020                                                               Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2020 at the address(es) listed below:
             James   Warmbrodt    on behalf of Creditor    Wells Fargo Bank N.A., as Trustee, for Carrington
              Mortgage Loan Trust, Series 2006-NC3 Asset-Backed Pass-Through Certificates
              bkgroup@kmllawgroup.com
             James   Warmbrodt    on behalf of Creditor    Carrington Mortgage Services LLC as servicer for Wells
              Fargo Bank N.A., as Trustee, for Carrington Mortgage Loan Trust, Series 2006-NC3 Asset-Backed
              Pass-Through Certificates bkgroup@kmllawgroup.com
             Joseph B. Spero    on behalf of Trustee Joseph B. Spero sperolaw@neohio.twcbc.com,
              jspero@ecf.axosfs.com;legalmom18@hotmail.com
             Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
             Rebeka   Seelinger    on behalf of Debtor Richard J. Yost rebeka@seelingerlaw.com
             Rebeka   Seelinger    on behalf of Joint Debtor Denise J. Yost rebeka@seelingerlaw.com
             Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                                          TOTAL: 7