IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 18-11240 TPA |
| | : Chapter 13 |
| Richard J. Yost and Denise J. Yost | : |
|     Debtors | : |
| | : |
| | : |
| | : |
| | : |
| Richard J. Yost | : |
|     Movant | : |
| | : |
| v. | : |
| | : Document No._____ |
| West Penn Aggregates, Inc. | : |
|     Respondent | : |

**CERTIFICATE OF SERVICE**

    I, Rebeka A. Seelinger, Esquire, certify under penalty of perjury that on September 23, 2021, I served, or caused to be served, a copy of Local Form 11 Order to Pay Trustee Pursuant to Wage Attachment and Local Form 12 Notification of Debtor's Social Security Number, electronically or by regular United States mail to all interested parties.

**Office of the United States Trustee**
1001 Liberty Avenue Suite 970
Liberty Center
Pittsburgh PA 15222
ustpregion03.pi.ecf@usdoj.gov
(Via CM ECF)

**Ronda J. Winnecour, Trustee**
US Steel Tower Suite 3250
600 Grant Street
Pittsburgh PA 15219
cmecf@chapter13trusteewdpa.com
(Via CM ECF)

**West Penn Aggregates, Inc.**
**Attn. Payroll Dept.**
RR 2 Box 134D
Slippery Rock PA 16057-8416
 (Via US Mail)

EXECUTED ON: September 23, 2021

    By: /s/ Rebeka A. Seelinger
       Rebeka A. Seelinger, Esquire
       SEELINGER LAW
       Attorney for Debtor
       PA ID #93897
       4640 Wolf Road
       Erie, PA 16505
       (814) 824-6670

rebeka@seelingerlaw.com