IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 18-11240 TPA |
| | : Chapter 13 |
| Richard J. Yost and Denise J. Yost | : |
|     Debtors | : |
| | : |
| | : |
| | : |
| | : |
| Richard J. Yost | : |
|     Movant | : Chapter 13 |
| | : |
| v. | : |
| | : |
| | : Document No._____ |
| KC Transportation, Inc. | : |
|     Respondent | : |

**CERTIFICATE OF SERVICE**

    I, Rebeka A. Seelinger, Esquire, certify under penalty of perjury that on November 2, 2021, I served, or caused to be served, a copy of the Order Terminating Wage Attachment and Local Form 12 Notification of Debtor's Social Security Number, electronically or by regular United States mail to all interested parties.

**Office of the United States Trustee**
1001 Liberty Avenue Suite 970
Liberty Center
Pittsburgh PA 15222
ustpregion03.pi.ecf@usdoj.gov
(Via CM ECF)

**Ronda J. Winnecour, Trustee**
US Steel Tower Suite 3250
600 Grant Street
Pittsburgh PA 15219
cmecf@chapter13trusteewdpa.com
(Via CM ECF)

**KC Transportation, Inc.**
3180 Route 6
Waterford PA 16441
(Via US Mail)

EXECUTED ON: November 2, 2021

    By: /s/ Rebeka A. Seelinger
      Rebeka A. Seelinger, Esquire
      SEELINGER LAW
      Attorney for Debtor
      PA ID #93897
      4640 Wolf Road
      Erie, PA 16505
      (814) 824-6670
      rebeka@seelingerlaw.com