IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 18-11240 TPA |
| | : | Chapter 13 |
| Richard J. Yost and Denise J. Yost | : | |
|     Debtors | : | |
| | : | |
| | : | |
| | : | |
| Richard J. Yost | : | |
|     Movant | : | |
| | : | |
| v. | : | |
| | : | Document No. __77__ |
| KC Transportation, Inc. | : | |
|     Respondent | : | |

**ORDER TERMINATING WAGE ATTACHMENT**

NOW, this __2nd__ day of __November__, 2021, upon the motion of debtor, Richard J. Yost for an order terminating the wage attachment against KC Transportation, Inc., it is

ORDERED, that the motion is granted. KC Transportation, Inc. shall make no further deductions from the wages of Richard J. Yost for payments to Ronda J. Winnecour, Chapter 13 Trustee.

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE

nms

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 18-11240-TPA
Richard J. Yost  Chapter 13
Denise J. Yost
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1    User: culy    Page 1 of 2
Date Rcvd: Nov 02, 2021    Form ID: pdf900    Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol**  **Definition**
+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Richard J. Yost, 7252 Homeview Lane, Apt 109, Erie, PA 16509-4371 |
| jdb | + | Denise J. Yost, 7252 Homeview Lane, Apt 109, Erie, PA 16509-4371 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Wells Fargo Bank N.A. as Trustee, for Carrington Mortgage Loan Trust, Series 2006-NC3 Asset-Backed Pass-Through Certificates bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Carrington Mortgage Services LLC as servicer for Wells Fargo Bank N.A. as Trustee, for Carrington Mortgage Loan Trust, Series 2006-NC3 Asset-Backed Pass-Through Certificates bnicholas@kmllawgroup.com |
| Joseph B. Spero | on behalf of Trustee Joseph B. Spero sperolaw@neohio.twcbc.com  jspero@ecf.axosfs.com;legalmom18@hotmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

| | | |
|---|---|---|
| District/off: 0315-1 | User: culy | Page 2 of 2 |
| Date Rcvd: Nov 02, 2021 | Form ID: pdf900 | Total Noticed: 2 |

Rebeka Seelinger
    on behalf of Debtor Richard J. Yost rebeka@seelingerlaw.com

Rebeka Seelinger
    on behalf of Joint Debtor Denise J. Yost rebeka@seelingerlaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 7