IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 18-11240 TPA |
|    Richard J. Yost and Denise J. Yost | : | Chapter 13 |
|       Debtors | : | |
| | : | |
| Richard J. Yost and Denise J. Yost | : | |
|      Movants | : | |
| | : | Document No. |
|       v. | : | |
| Ronda J Winnecour, Esquire, | : | |
| Chapter 13 Trustee | : | |
|      Respondent | : | |

**CONSENT ORDER**

NOW, this _____ day of _____, 2022, upon an agreement reached between the debtors and the Chapter 13 Trustee, as evidenced by the signatures of their undersigned counsel, it is

ORDERED, that the debtors' chapter 13 plan term is extended from 36 months to up to 41 months, in order to make up for payments missed due to a delay in the debtor husband's current wage attachment beginning to remit. It is further

ORDERED, that in the event that the trustee determines that the plan has been completed sooner than month 41, the trustee is authorized to treat the plan as having been completed at that time. The goals of the debtors' chapter 13 plan remain unchanged.

BY THE COURT:

_____ \_\_\_
UNITED STATES BANKRUPTCY JUDGE

CONSENTED TO:

/s/ Rebeka A. Seelinger
Rebeka A. Seelinger, Esquire
SEELINGER LAW
Attorney for Debtors

PA ID #93897  
4640 Wolf Road  
Erie, PA 16505  
(814) 824-6670  
rebeka@seelingerlaw.com

/s/ Katherine M. DeSimone  
Katherine M. DeSimone, Esquire  
Attorney for Chapter 13 Trustee