FILED
1/25/22 12:35 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 18-11240 TPA |
| Richard J. Yost and Denise J. Yost | : | Chapter 13 |
| Debtors | : | |
| | : | |
| Richard J. Yost and Denise J. Yost | : | |
| Movants | : | |
| | : | Document No. 81 |
| v. | : | |
| Ronda J Winnecour, Esquire, | : | |
| Chapter 13 Trustee | : | |
| Respondent | : | |

**CONSENT ORDER**

NOW, this __25th__ day of ____January____, 2022, upon an agreement reached between the debtors and the Chapter 13 Trustee, as evidenced by the signatures of their undersigned counsel, it is

ORDERED, that the debtors' chapter 13 plan term is extended from 36 months to up to 41 months, in order to make up for payments missed due to a delay in the debtor husband's current wage attachment beginning to remit. It is further

ORDERED, that in the event that the trustee determines that the plan has been completed sooner than month 41, the trustee is authorized to treat the plan as having been completed at that time. The goals of the debtors' chapter 13 plan remain unchanged.

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE

CONSENTED TO:

/s/ Rebeka A. Seelinger
Rebeka A. Seelinger, Esquire
SEELINGER LAW
Attorney for Debtors

PA ID #93897
4640 Wolf Road
Erie, PA 16505
(814) 824-6670
rebeka@seelingerlaw.com

/s/ Katherine M. DeSimone
Katherine M. DeSimone, Esquire
Attorney for Chapter 13 Trustee

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Richard J. Yost  
Denise J. Yost  
    Debtors

Case No. 18-11240-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: auto     Page 1 of 3  
Date Rcvd: Jan 25, 2022     Form ID: pdf900     Total Noticed: 27

The following symbols are used throughout this certificate:  
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Richard J. Yost, 7252 Homeview Lane, Apt 109, Erie, PA 16509-4371 |
| jdb | #+ | Denise J. Yost, 7252 Homeview Lane, Apt 109, Erie, PA 16509-4371 |
| 14958210 | + | Community Bank Na, Attn: Bankruptcy Dept, 45 - 49 Court Street, Canton, NY 13617-1179 |
| 14978694 | + | Community Bank, N.A., PO Box 509, Canton, NY 13617-0509 |
| 14958212 | + | FedLoan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 14958213 | + | KML Law Group PC, BNY Independence Center, Suite 500, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14958214 | + | MedCare Equipment Company, LLC, PO BOX 1259, Dept # 140418, Oaks, PA 19456-1259 |
| 14958215 | + | North American Partners in Anesthesia, 2600 University Parkway, Coralville, IA 52241-3204 |
| 15035468 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 14958221 | + | UPMC Health Services, 2 Hot Metal St, Dist. Room 386, Pittsburgh, PA 15203-2348 |
| 15004899 | | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14958220 | + | Union City Municipal Authority, 22 North Main Street, Union City, PA 16438-1324 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 25 2022 23:41:00 | Americredit Financial Services, Inc. Dba GM Financ, P.O Box 183853, Arlington, TX 76096-3853 |
| 14972523 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 25 2022 23:41:00 | Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 14958207 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 25 2022 23:41:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 14958208 | + | Email/Text: BKBCNMAIL@carringtonms.com | Jan 25 2022 23:41:00 | Carrington Mortgage Services, Attn: Bankruptcy, Po Box 3730, Anaheim, CA 92803-3730 |
| 15006844 | + | Email/Text: BKBCNMAIL@carringtonms.com | Jan 25 2022 23:41:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5951 |
| 14958209 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 25 2022 23:41:30 | Citi/Sears, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15008993 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 25 2022 23:41:30 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14958211 | + | Email/Text: bdsupport@creditmanagementcompany.com | Jan 25 2022 23:42:00 | Credit Management Co, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 14958216 | + | Email/Text: BKEBN-Notifications@ocwen.com | Jan 25 2022 23:41:00 | Ocwen Loan Servicing, Attn: Research/Bankruptcy, 1661 Worthington Rd Ste 100, West Palm Beach, FL 33409-6493 |
| 15001142 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 25 2022 23:41:28 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |

Case 18-11240-TPA   Doc 83   Filed 01/27/22   Entered 01/28/22 00:28:12   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 25, 2022 | Form ID: pdf900 | Total Noticed: 27 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14959397 | + | Email/PDF: rmscedi@recoverycorp.com | Jan 25 2022 23:41:29 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15009225 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 25 2022 23:41:15 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14958217 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 25 2022 23:41:39 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14958218 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 25 2022 23:41:39 | Synchrony Bank/ Old Navy, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14958219 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 25 2022 23:41:14 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965061, Orlando, FL 32896-5061 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Carrington Mortgage Services LLC as servicer for W |
| cr | | Wells Fargo Bank N.A., as Trustee, for Carrington |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14958222 | *+ | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 14958223 | *+ | Carrington Mortgage Services, Attn: Bankruptcy, Po Box 3730, Anaheim, CA 92803-3730 |
| 14958224 | *+ | Citi/Sears, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14958225 | *+ | Community Bank Na, Attn: Bankruptcy Dept, 45 - 49 Court Street, Canton, NY 13617-1179 |
| 14958226 | *+ | Credit Management Co, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 14958227 | *+ | FedLoan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 14958228 | *+ | KML Law Group PC, BNY Independence Center, Suite 500, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14958229 | *+ | MedCare Equipment Company, LLC, PO BOX 1259, Dept # 140418, Oaks, PA 19456-1259 |
| 14958230 | *+ | North American Partners in Anesthesia, 2600 University Parkway, Coralville, IA 52241-3204 |
| 14958231 | *+ | Ocwen Loan Servicing, Attn: Research/Bankruptcy, 1661 Worthington Rd Ste 100, West Palm Beach, FL 33409-6493 |
| 14958232 | *+ | Synchrony Bank/ JC Penneys, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14958233 | *+ | Synchrony Bank/ Old Navy, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14958234 | *+ | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965061, Orlando, FL 32896-5061 |
| 14958236 | *+ | UPMC Health Services, 2 Hot Metal St, Dist. Room 386, Pittsburgh, PA 15203-2348 |
| 14958235 | *+ | Union City Municipal Authority, 22 North Main Street, Union City, PA 16438-1324 |

TOTAL: 2 Undeliverable, 16 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 27, 2022      Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 25, 2022 at the address(es) listed below:

District/off: 0315-1　　　　　　　　　　　　　　User: auto　　　　　　　　　　　　　　　　　　　　　Page 3 of 3
Date Rcvd: Jan 25, 2022　　　　　　　　　　　Form ID: pdf900　　　　　　　　　　　　　　　　Total Noticed: 27

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor Wells Fargo Bank N.A.  as Trustee, for Carrington Mortgage Loan Trust, Series 2006-NC3 Asset-Backed Pass-Through Certificates bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Carrington Mortgage Services LLC as servicer for Wells Fargo Bank N.A.  as Trustee, for Carrington Mortgage Loan Trust, Series 2006-NC3 Asset-Backed Pass-Through Certificates bnicholas@kmllawgroup.com |
| Joseph B. Spero | on behalf of Trustee Joseph B. Spero sperolaw@neohio.twcbc.com  jspero@ecf.axosfs.com;legalmom18@hotmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rebeka Seelinger | on behalf of Debtor Richard J. Yost rebeka@seelingerlaw.com |
| Rebeka Seelinger | on behalf of Joint Debtor Denise J. Yost rebeka@seelingerlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 7