**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
5/20/22 10:33 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE:<br>  RICHARD J. YOST<br>DENISE J. YOST<br>         Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>     Movant<br>       vs.<br>  RICHARD J. YOST<br>DENISE J. YOST<br><br>     Respondents | Case No. 18-11240TPA<br><br>Chapter 13<br><br>Document No. __84__ |

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this __20th__ day of __May__, 20__22__, it is hereby ORDERED, ADJUDGED, and DECREED that

West Penn Aggregates Inc
Attn: Payroll Manager
Rd 2 Bx 134D
Slippery Rock, PA 16057

is hereby ordered to immediately terminate the attachment of the wages of RICHARD J. YOST, social security number XXX-XX-1960. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of RICHARD J. YOST.

FURTHER ORDERED:

cc: Debtor(s)
    Debtor(s) Attorney

BY THE COURT:
_____
**nms**
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-11240-TPA |
| Richard J. Yost | Chapter 13 |
| Denise J. Yost | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 2 |
| Date Rcvd: May 20, 2022 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**  **Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#  Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 22, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Richard J. Yost, 7252 Homeview Lane, Apt 109, Erie, PA 16509-4371 |
| jdb | #+ | Denise J. Yost, 7252 Homeview Lane, Apt 109, Erie, PA 16509-4371 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: May 22, 2022 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 20, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Wells Fargo Bank N.A. as Trustee, for Carrington Mortgage Loan Trust, Series 2006-NC3 Asset-Backed Pass-Through Certificates bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Carrington Mortgage Services LLC as servicer for Wells Fargo Bank N.A. as Trustee, for Carrington Mortgage Loan Trust, Series 2006-NC3 Asset-Backed Pass-Through Certificates bnicholas@kmllawgroup.com |
| Joseph B. Spero | on behalf of Trustee Joseph B. Spero sperolaw@neohio.twcbc.com jspero@ecf.axosfs.com;legalmom18@hotmail.com |
| Office of the United States Trustee | |

| District/off: 0315-1 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 20, 2022 | Form ID: pdf900 | Total Noticed: 2 |

                    ustpregion03.pi.ecf@usdoj.gov

Rebeka Seelinger
                    on behalf of Debtor Richard J. Yost rebeka@seelingerlaw.com

Rebeka Seelinger
                    on behalf of Joint Debtor Denise J. Yost rebeka@seelingerlaw.com

Ronda J. Winnecour
                    cmecf@chapter13trusteewdpa.com

TOTAL: 7