IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 18-11240 TPA |
| Richard J. Yost and | : | |
| Denise J. Yost | : | |
| Debtor | : | Chapter 13 |
| | : | |
| Richard J.. Yost and | | |
| Denise J. Yost, | : | |
| Movant | : | |
| | : | |
| v. | : | |
| Ronda J Winnecour, Esquire, | : | |
| Chapter 13 Trustee | : | |
| Respondent | : | |

### DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are not required to pay any Domestic Support Obligations.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On February 10, 2019, at docket number 36, Debtor 2 and on February 15, 2019 at docket number 40, Debtor 1 complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing *Certifications of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificates of Completion* attached to the forms.

   This Certification is being signed under penalty of perjury by the Debtors' undersigned counsel who duly questioned Debtors about the statements in this Certification and verified the answers in support of this Certification.

Dated: June 1, 2022,     By:     /s/ Rebeka A. Seelinger
                                  Rebeka A. Seelinger, Esquire
                                  SEELINGER LAW
                                  Attorney for Debtor
                                  PA ID #93897
                                  4640 Wolf Road
                                  Erie, PA 16505
                                  (814) 824-6670
                                  rebeka@seelingerlaw.com

**PAWB Local Form 24 (07/13)**