UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 18-11240 TPA |
|     Richard J. Yost and Denise J. Yost, | : | Chapter 7 |
|                     Debtor | : | |
| | : | |
| Richard J. Yost and Denise J. Yost, | : | |
|                Movant | : | |
|   vs. | : | |
| | : | |
| No Respondent | : | |

## NOTICE OF CHANGE OF ADDRESS

Incorrect Address:   Richard and Denise Yost
7252 Homeview Lane Apt 109
Erie PA 16509

Corrected Address:   Richard and Denise Yost
14514 Depot Street
Mill Village PA 16427

Dated: June 7, 2022

                                        By       /s/ Rebeka A. Seelinger  Esquire
                                                   Rebeka A. Seelinger, Esquire
                                                   Pa. I.D. #93897
                                                 4640 Wolf Rd
                                                 Erie, PA 16505
                                                 (814)-824-6670
                                                  E-Mail: rebeka@seelingerlaw.com
                                                  Counsel for Debtors