Form 300b

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Richard J. Yost** | : | Case No. 18−11240−TPA |
| aka Rick J. Yost | : | Chapter: 13 |
| **Denise J. Yost** | : | |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | Related to Document No. 89 |
| | : | |
| v. | : | Hearing Date: 9/14/22 at 12:00 PM |
| **No Respondents** | : | |
| *Respondent(s).* | : | |
| | : | |

## ORDER SCHEDULING DATE FOR RESPONSE
## AND HEARING ON MOTION

*AND NOW,* this *The 28th of June, 2022*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 89 , by the Chapter 13 Trustee

It is hereby **ORDERED, ADJUDGED and DECREED** that:

(1) *On or before August 12, 2022*, any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 *OR* U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

(2) This *Motion* is scheduled for hearing on *September 14, 2022 at 12:00 PM* in https://www.zoomgov.com/j/16021303488, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Agresti's Amended Procedures effective 6/10/20 on the Court's Website.

(3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.* In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Richard J. Yost  
Denise J. Yost  
    Debtors

Case No. 18-11240-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: auto     Page 1 of 3  
Date Rcvd: Jun 28, 2022     Form ID: 300b     Total Noticed: 26

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Richard J. Yost, Denise J. Yost, 14514 Depot Street, Mill Village, PA 16427 |
| 14958210 | + | Community Bank Na, Attn: Bankruptcy Dept, 45 - 49 Court Street, Canton, NY 13617-1179 |
| 14978694 | + | Community Bank, N.A., PO Box 509, Canton, NY 13617-0509 |
| 14958213 | + | KML Law Group PC, BNY Independence Center, Suite 500, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14958214 | + | MedCare Equipment Company, LLC, PO BOX 1259, Dept # 140418, Oaks, PA 19456-1259 |
| 14958215 | + | North American Partners in Anesthesia, 2600 University Parkway, Coralville, IA 52241-3204 |
| 14958221 | + | UPMC Health Services, 2 Hot Metal St, Dist. Room 386, Pittsburgh, PA 15203-2348 |
| 14958220 | + | Union City Municipal Authority, 22 North Main Street, Union City, PA 16438-1324 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 29 2022 00:09:00 | Americredit Financial Services, Inc. Dba GM Financ, P.O Box 183853, Arlington, TX 76096-3853 |
| 14972523 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 29 2022 00:09:00 | Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 14958207 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 29 2022 00:09:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 14958208 | + | Email/Text: BKBCNMAIL@carringtonms.com | Jun 29 2022 00:08:00 | Carrington Mortgage Services, Attn: Bankruptcy, Po Box 3730, Anaheim, CA 92803-3730 |
| 15006844 | + | Email/Text: BKBCNMAIL@carringtonms.com | Jun 29 2022 00:08:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 14958209 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 29 2022 00:18:38 | Citi/Sears, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15008993 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 29 2022 00:18:43 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14958211 | + | Email/Text: bdsupport@creditmanagementcompany.com | Jun 29 2022 00:09:00 | Credit Management Co, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 14958212 | + | Email/Text: bncnotifications@pheaa.org | Jun 29 2022 00:08:00 | FedLoan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 14958216 | + | Email/Text: BKEBN-Notifications@ocwen.com | Jun 29 2022 00:08:00 | Ocwen Loan Servicing, Attn: Research/Bankruptcy, 1661 Worthington Rd Ste 100, West Palm Beach, FL 33409-6493 |
| 15001142 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 29 2022 00:07:49 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14959397 | + | Email/PDF: rmscedi@recoverycorp.com | Jun 29 2022 00:08:18 | PRA Receivables Management, LLC, PO Box |

Case 18-11240-TPA   Doc 91   Filed 06/30/22   Entered 07/01/22 00:28:55   Desc Imaged
                     Certificate of Notice   Page 3 of 4

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 28, 2022 | Form ID: 300b | Total Noticed: 26 |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 41021, Norfolk, VA 23541-1021 |
| 15009225 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 29 2022 00:07:59 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14958217 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 29 2022 00:08:15 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14958218 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 29 2022 00:07:48 | Synchrony Bank/ Old Navy, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14958219 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 29 2022 00:08:15 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965061, Orlando, FL 32896-5061 |
| 15035468 | | Email/Text: bncnotifications@pheaa.org | Jun 29 2022 00:08:00 | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 15004899 | ^ | MEBN | Jun 29 2022 00:05:14 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Carrington Mortgage Services LLC as servicer for W |
| cr | | Wells Fargo Bank N.A., as Trustee, for Carrington |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14958222 | *+ | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 14958223 | *+ | Carrington Mortgage Services, Attn: Bankruptcy, Po Box 3730, Anaheim, CA 92803-3730 |
| 14958224 | *+ | Citi/Sears, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14958225 | *+ | Community Bank Na, Attn: Bankruptcy Dept, 45 - 49 Court Street, Canton, NY 13617-1179 |
| 14958226 | *+ | Credit Management Co, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 14958227 | *+ | FedLoan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 14958228 | *+ | KML Law Group PC, BNY Independence Center, Suite 500, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14958229 | *+ | MedCare Equipment Company, LLC, PO BOX 1259, Dept # 140418, Oaks, PA 19456-1259 |
| 14958230 | *+ | North American Partners in Anesthesia, 2600 University Parkway, Coralville, IA 52241-3204 |
| 14958231 | *+ | Ocwen Loan Servicing, Attn: Research/Bankruptcy, 1661 Worthington Rd Ste 100, West Palm Beach, FL 33409-6493 |
| 14958232 | *+ | Synchrony Bank/ JC Penneys, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14958233 | *+ | Synchrony Bank/ Old Navy, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14958234 | *+ | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965061, Orlando, FL 32896-5061 |
| 14958236 | *+ | UPMC Health Services, 2 Hot Metal St, Dist. Room 386, Pittsburgh, PA 15203-2348 |
| 14958235 | *+ | Union City Municipal Authority, 22 North Main Street, Union City, PA 16438-1324 |

TOTAL: 2 Undeliverable, 16 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| Date: Jun 30, 2022 | Signature: | /s/Gustava Winters |
|---|---|---|

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 28, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Wells Fargo Bank N.A. as Trustee, for Carrington Mortgage Loan Trust, Series 2006-NC3 Asset-Backed Pass-Through Certificates bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Carrington Mortgage Services LLC as servicer for Wells Fargo Bank N.A. as Trustee, for Carrington Mortgage Loan Trust, Series 2006-NC3 Asset-Backed Pass-Through Certificates bnicholas@kmllawgroup.com |
| Joseph B. Spero | on behalf of Trustee Joseph B. Spero sperolaw@neohio.twcbc.com jspero@ecf.axosfs.com;legalmom18@hotmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rebeka Seelinger | on behalf of Debtor Richard J. Yost rebeka@seelingerlaw.com |
| Rebeka Seelinger | on behalf of Joint Debtor Denise J. Yost rebeka@seelingerlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 7